John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP**
2398 San Diego Avenue
San Diego, California 92110
Telephone:   (619) 688-1557
Facsimile:    (619) 688-1558

Proposed Attorneys for Debtor, Posiba, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>POSIBA, INC., a Delaware Corporation<br><br>Debtor. | CASE NO.: 16-07714-MM11<br><br>Chapter 11<br><br>NOTICE OF *FIRST DAY MOTION/EMERGENCY* MOTIONS FILED BY DEBTOR-IN-POSSESSION |

**TO THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; CREDITORS AND OTHER INTERESTED PARTIES:**

   **NOTICE IS HEREBY GIVEN THAT** the Debtor and Debtor-In-Possession, Posiba, Inc. ("Debtor") intends to and hereby does move the Court for an Order granting the following *First Day Motion*, true and correct copies of each of which, along with any supporting Declarations, have been duly filed and served concurrently herewith:

   (1)   *First Day Motion* by Debtor to Pay Pre-Petition Non-Insider Payroll.

   **FURTHER NOTICE IS HEREBY GIVEN THAT** the *First Day Motion* identified above has been filed pursuant to Appendix D1 of the Local Bankruptcy Rules of the Southern District of California. Any Party in Interest who opposes the *First Day Motion* identified above must immediately notify Meredith King– the law clerk to the Honorable

Margaret M. Mann (the judge assigned to this bankruptcy case) – by calling (619) 557-6692. NO WRITTEN OPPOSITION SHALL BE FILED TO ANY OF THE *FIRST DAY MOTIONS* IDENTIFIED ABOVE UNLESS THE COURT OTHERWISE AUTHORIZES AND DIRECTS.

Dated: January 4, 2017

/S/ John L. Smaha
John L. Smaha,
Proposed Attorneys
for Posiba, Inc.
Debtor and Debtor-In-Possession

W:\Posiba, Inc\First.Day.Motion\101.Notice.First.Day.Motions.wpd