# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | POSIBA, INC., A DELAWARE CORPORATION |
| **Case Number:** | 16-07714-MM11   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 09, 2017 09:30 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

FIRST DAY MOTION TO PAY PRE-PETITION NON-INSIDER PAYROLL FILED BY DEBTOR

### Appearances:

JOHN SMAHA, ATTORNEY FOR POSIBA, INC.
ERIC GOLDBERG, ATTORNEY FOR KESHIF VENTURES, LLC

### Disposition:

Continued to 1/17/17 @ 3:00 PM, Department 1. Additional documents regarding the Court's concerns to be submitted by 1/11/17, with any opposition to be submitted by 1/17/17 by 9:00 AM.