CSD 1100 [12/01/16] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

John L. Smaha, Esq. (Bar No. 95855)
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, CA 92110
(619) 688-1557
(619) 688-1558

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Posiba, Inc., a Delaware corporation

BANKRUPTCY NO. 16-07714-MM11

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☒ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
   - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
   - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: January 9, 2017                    Signature _____
                                                                  Attorney for Debtor

CSD 1100

CSD 1100 (Page 2 of 3) [12/01/16]

## DECLARATION OF DEBTOR

I [We] Erin McNamara and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: January 9, 2017

_____   _____
*Debtor                      *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are **not** to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 1100

2. **Served by United States Mail or Overnight Mail:**

On  January 9, 2017  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

Namecheap.com
11400 West Olympic Blvd., #200
Los Angeles, CA  90064

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on  _____  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  January 9, 2017
(Date)

/s/ Amelda M. Dawson
(Typed Name and Signature)

2398 San Diego Avenue
(Address)

San Diego, CA  92110
(City, State, ZIP Code)