```
 1  John L. Smaha, Esq. (Bar No. 95855)
    Gustavo E. Bravo, Esq. (Bar No. 218752)
 2  SMAHA LAW GROUP
    2398 San Diego Avenue
 3  San Diego, CA  92110
    (619) 688-1557
 4  (619) 688-1558 (Facsimile)

 5  Proposed Attorneys for Debtor, Posiba, Inc.
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>POSIBA, INC.<br><br>Debtor. | Case No.  16-07714-MM11<br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER SETTING CLAIMS BAR DATE**<br><br>DATE:     N/A<br>TIME:     N/A<br>JUDGE:   Hon. Margaret M. Mann<br>DEPT.:    One |

Pursuant to Rule 3003 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 3003-1, Debtor and Debtor-in-possession, Posiba, Inc. ("Debtor"), applies ex parte pursuant to Local Bankruptcy Rule 9013-3(b) for an order setting a claims bar date in the above-referenced Chapter 11 case. As grounds therefore, Debtor states the following:

1. Debtor is in the process of preparing its plan of reorganization and disclosure statement. In connection with the same, Debtor currently has estimates of various claims against the estate and desires to specifically establish the amount and nature of the claims to the greatest extent possible to assist Debtor in this regard and to ensure accuracy in the amount of each claim.

///

---

1

**EX PARTE APPLICATION FOR ORDER SETTING CLAIMS BAR DATE**

2.   A determination of the amount of all creditor claims and their proper classification will be helpful in the preparation of the plan and disclosure statement. As such, Debtor believes it in the best interest of the estate that a claims bar date be set at this time. Pursuant to Local Bankruptcy Rule 3003-2 and -3, the notice that Debtor proposes to send to creditors at least sixty (60) days prior to the bar date is attached as Exhibit "A" and the proposed order setting the claims bar date is attached hereto as Exhibit "B".

3.   Wherefore, Debtor respectfully requests that the Court set March 24, 2017 as the claims bar date in this case, which will provide creditors with not less than sixty (60) days' notice of the last date to file proofs of claim as required by Local Bankruptcy Rule 3003-3 and Rule 2002(a)(7) of the Federal Rules of Bankruptcy Procedure.

Dated: January 12, 2017

By:/s/ John L. Smaha
John L. Smaha, Esq.
Proposed Counsel for Debtor,
Posiba, Inc.

# EXHIBIT A

John L. Smaha, Esq. (Bar No. 95855)
Gustavo E. Bravo, Esq. (Bar No. 218752)
SMAHA LAW GROUP
2398 San Diego Avenue
San Diego, CA 92110
(619) 688-1557
(619) 688-1558 (Facsimile)

Proposed Attorneys for Debtor, Posiba, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>POSIBA, INC.<br><br>Debtor. | Case No. 16-07714-MM11<br>Chapter 11<br><br>**NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM OR INTEREST**<br><br>(CLAIMS BAR DATE) |

TO:  ALL CREDITORS OF THE ABOVE-ENTITLED DEBTOR:

**YOU ARE HEREBY NOTIFIED** that the last day to file a proof of claim or interest in the above-entitled bankruptcy case is March 24, 2017. A Proof of Claim form is included with this notice for your convenience. The original of such proof of claim or interest must be filed with the Clerk, United States Bankruptcy Court, 325 West "F" Street San Diego, California 92101, with a copy mailed or personally delivered to John L. Smaha, Esq., Smaha Law Group, 2398 San Diego Avenue, San Diego, California 92110, counsel for Debtor and Debtor-in-Possession, Posiba, Inc., on or before March 24, 2017.

You are not required to file a proof of claim or interest unless your claim or interest was not listed, or if the Debtor has listed your claim as disputed, contingent or unliquidated, or if you disagree with the amount or the classification listed in the

1
NOTICE OF LAST DAY TO FILE PROOFS OF CLAIM OR INTEREST

Schedules of Liabilities filed with the Bankruptcy Court.  If you do not file a proof of claim or interest and if your claim or interest is not listed, or is listed as disputed, contingent or unliquidated, or you disagree with the amount or the classification your claim, your claim will be deemed to be the amount and classification listed in the Debtor's Schedules of Liabilities, if any.  The Schedules of Liabilities can be reviewed at the United State Bankruptcy Court at the above address during regular business hours.  If you have any doubt regarding the status of your claim, you should file a claim by the deadline given.

Dated: January 12, 2017

By:/s/ John L. Smaha
John L. Smaha, Esq.
Proposed Counsel for Debtor,
Posiba, Inc.

# EXHIBIT B

CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.
John L. Smaha, Esq.         Bar No. 95855
Gustavo E. Bravo, Esq.,     Bar No. 218752
John Paul Teague, Esq.,     Bar No. 254249
SMAHA LAW GROUP, APC
2398 San Diego Avenue
San Diego, California 92110
Telephone:  (619) 688-1557
Facsimile:  (619) 688-1558

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

POSIBA, INC.,
a Delaware corporation,

                            Debtor.

BANKRUPTCY NO. 16-07714-MM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Margaret M. Mann

## ORDER ON EX PARTE APPLICATION FOR ORDER SETTING CLAIMS BAR DATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of two (2) pages, is granted. Motion/Application Docket Entry No. ___

//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Smaha Law Group, APC
(Firm name)

By: /s/ John Paul Teague
    Attorney for [X] Movant [ ] Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON EX PARTE DEBTOR'S APPLICATION FOR ORDER SETTING CLAIMS BAR DATE
DEBTOR: POSIBA, INC.                                                    CASE NO: 16-07714-MM11

Upon review of the ex parte application for an order setting a claims bar date for this bankruptcy case filed by Debtor and Debtor-in-Possession, Posiba, Inc. ("Debtor"), and finding that no notice to creditors is needed for such an application, and for good cause appearing therefor:

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:

(1)   March 24, 2017 is set as the claims bar date in the within case. All creditors or parties in interest whose claims are listed by the Debtor as unliquidated, contingent, or disputed who wish to assert a claim against Debtor must file a proof of claim with the United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California, 92101, on or before March 24, 2017;

(2)   In addition to the above, all creditors whose claims are not listed as unliquidated, disputed, or contingent, but who wish to assert a claim in an amount which is different than the amount listed by Debtors, must also file a proof of claim herein no later than March 24, 2017;

(3)   Debtor shall transmit a copy of this order to all creditors and parties in interest by first class mail at least sixty (60) days prior to March 24, 2017, pursuant to Local Bankruptcy Rule 3003-3 and Federal Rules of Bankruptcy Procedure Rule 2002(a)(7); and

(4)   After March 24, 2017, any and all creditors required to file a proof of claim under this order who fail to timely file such claims herein shall be barred from participating in any plan of reorganization of the Debtor or distribution from the Chapter 11 estate.

CSD 1001A